**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

DEMI MARTIN

Plaintiff,

v.

CIDER (US) HOLDING, LTD.,

Defendant.

Case No. **2:26-cv-06596-FLA-BFM**

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: September 17, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE